IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| COMBINED INSURANCE COMPANY OF AMERICA, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:12CV00254 SWW |
| DAVID W. THOMAS and DEBBIE L. THOMAS, | * * * | |
| Defendants. | * | |

**Order**

It has come to the Court's attention that defendants require more time to inform the Court of the name and address of their new attorney or whether they intend to proceed *pro se*.

IT IS THEREFORE ORDERED that defendants have until June 28, 2013, to inform the Court of the name and address of their new attorney or whether they intend to proceed *pro se*. If defendants require any further extensions of time, they are to contact the plaintiff and then the Court.[1]

The Clerk of the Court is directed to serve this Order on defendants by both regular mail and certified mail, return receipt requested

DATED this 6th day of June, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] *See* Local Rule 6.2(b), which provides that when a party seeks an extension of time, the motion should state that the movant contacted the adverse party with regard to the motion and also state whether the adverse party opposes or does not oppose the motion.