IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| COMBINED INSURANCE COMPANY OF AMERICA, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:12CV00254 SWW |
| DAVID W. THOMAS and DEBBIE L. THOMAS, | * * * | |
| Defendants. | * | |

**Order**

Defendants herein are presently proceeding *pro se*. The purpose of this Order is to direct defendants' attention to the fact that they are required to be familiar with and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply with such rules could result in imposition of sanctions. Defendants have a duty to monitor the progress of the case and to defend the action diligently.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. In addition, said rules may be accessed from the internet website of the United States District Court for the Eastern District of Arkansas.

The Clerk of the Court is directed to serve this Order on defendants by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 8th day of July, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE