IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| COMBINED INSURANCE COMPANY OF AMERICA, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:12CV00254 SWW |
| DAVID W. THOMAS and DEBBIE L. THOMAS, | * * * | |
| Defendants. | * | |

**Order**

At the conclusion of the hearing held in this matter on this date, the Court signed a protective order which defendants previously requested. Counsel for plaintiff informed the Court that defendants failed to comply with the Court's July 5th Order compelling discovery and that defendants' depositions have been noticed for August 8, 2013.

The Court hereby orders defendants to provide to plaintiff on or before August 7, 2013, full and complete response to plaintiff's interrogatories and requests for production of documents. Failure to do so will result in the Court assuming that all of the money at issue in this matter was used by defendants to pay mortgage payments on the home in Jonesboro, purchase the lake house in Baxter County, and pay for motor vehicles, boats, boat motors, a boat trailer, and other personal property.

The Clerk is directed to serve this Order on defendants by both regular and certified mail, return receipt requested.

DATED this 1st day of August, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE