IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| COMBINED INSURANCE COMPANY OF AMERICA, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:12CV00254 SWW |
| DAVID W. THOMAS and DEBBIE L. THOMAS, | * * * | |
| Defendants. | * | |

**Order**

Plaintiff filed a motion for temporary restraining order, preliminary and permanent injunction, and constructive trust on July 9, 2013. The Court held a hearing on the motion on August 1, 2013. On August 9, 2013, the Court granted plaintiff's motion for preliminary injunction. As the Court directed at the close of the August 1 hearing, plaintiff submitted a supplemental brief in support of its motion for a constructive trust. *See* ECF No. 39.

Defendants hereby are directed to respond to plaintiff's motion for constructive trust on or before August 27, 2013. Failure to do so will result in the granting of the motion. The Clerk is directed to serve this Order on defendants by both regular and certified mail, return receipt requested.

SO ORDERED this 16th day of August, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE