# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

COMBINED INSURANCE COMPANY OF AMERICA          PLAINTIFF(S)

v.          3:12CV00254 SWW

DAVID W. THOMAS, ET AL          DEFENDANT(S)

## **ORDER**

This matter is set to be tried to a jury in Jonesboro during the week of October 7, 2013. In the interest of judicial economy, the Court is inclined to conduct the trial in Little Rock rather than Jonesboro. The Court, therefore, will conduct the trial of this matter at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, Courtroom A530. The Court will consider any timely objection the parties may have to moving the trial from Jonesboro to Little Rock. Objections must be filed by 5:00 p.m. on September 16, 2013.

The Clerk is directed to serve this Order on defendant, Debbie L. Thomas, by both regular and certified mail, return receipt requested.

IT IS SO ORDERED this 5th day of September 2013.

                                                   /s/Susan Webber Wright

                                                   United States District Judge