# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

COMBINED INSURANCE COMPANY OF AMERICA          PLAINTIFF(S)

VS.          Case No. 3:12CV00254 SWW

DAVID W. THOMAS, ET AL          DEFENDANT(S)

### **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 19th day of May 2014.

         AT THE DIRECTION OF THE COURT
         JAMES W. McCORMACK, CLERK

         BY: /s/ Cecilia Norwood
             Courtroom Deputy to
             U.S. District Judge Susan Webber Wright