IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COMBINED INSURANCE COMPANY                                          PLAINTIFF
OF AMERICA

v.                    No. 3:12-cv-254-DPM

DAVID W. THOMAS and
DEBBIE L. THOMAS                                                   DEFENDANTS

and

COMBINED INSURANCE COMPANY                                          PLAINTIFF
OF AMERICA

v.                    No. 3:14-cv-166-DPM

DEBORAH L. THOMAS                                                    DEFENDANT

UNITED STATES TRUSTEE                                                  TRUSTEE

## ORDER

I recuse in these consolidated cases. I realized today that Tommy Fowler is Ms. Thomas's lawyer. He's on my recusal list. Our long friendship might cause a person to reasonably question my impartiality on the merits. The Clerk shall reassign these cases to another Judge drawn at random.

So Ordered.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

*9 July 2014*