IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| COMBINED INSURANCE COMPANY OF AMERICA | PLAINTIFF |
| v.   Case No. 3:12-cv-00254-KGB | |
| DAVID W. THOMAS and DEBBIE L. THOMAS | DEFENDANTS |
| COMBINED INSURANCE COMPANY OF AMERICA | PLAINTIFF |
| v.   Case No. 3:14-cv-00166-KGB | |
| DEBORAH L. THOMAS | DEFENDANT |

## ORDER

Before the Court is plaintiff Combined Insurance Company of America's ("Combined") motion for entry of consent judgment (Dkt. No. 73). The Court grants Combined's motion and will enter the consent judgment by separate order.

SO ORDERED this the 23rd day of December, 2014.

_____
Kristine G. Baker
United States District Judge